# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| DEBBI HYATT, as the Parent and Next Friend of G.J.H., <br><br> Plaintiff(s), <br><br> v. <br> BOARD OF REGENTS OF OKLAHOMA COLLEGES ex rel. SOUTHWESTERN OKLAHOMA STATE UNIVERSITY, et al. <br><br> Defendant(s). | Case No. CIV-12-1293-D |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robert E. Christian
766 Debarr Avenue
Norman, Oklahoma 73069

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald E. Smolen, II, Smolen, Smolen & Roytman, 701 S. Cincinnati Avenue, Tulsa, Oklahoma 74119 (918-585-2667)

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
**2:23 pm, Nov 26, 2012**
ROBERT D. DENNIS, Clerk

By: *Nancy Rhea*
                Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
### Western District of Oklahoma

| | |
|---|---|
| DEBBI HYATT, as the Parent and Next Friend of G.J.H., <br><br> Plaintiff(s), <br><br> v. <br> BOARD OF REGENTS OF OKLAHOMA COLLEGES ex rel. SOUTHWESTERN OKLAHOMA STATE UNIVERSITY, et al. <br><br> Defendant(s). | Case No. CIV-12-1293-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Office of Juvenile Affairs
3812 N. Santa Fe Avenue, Ste. 400
P.O. Box 26812
Oklahoma City, Oklahoma 73126

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald E. Smolen, II, Smolen, Smolen & Roytman, 701 S. Cincinnati Avenue, Tulsa, Oklahoma 74119
(918-585-2667)

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
**2:23 pm, Nov 26, 2012**
ROBERT D. DENNIS, Clerk
By: *Nancy Rhea*
    Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| DEBBI HYATT, as the Parent and Next Friend of G.J.H., <br><br> Plaintiff(s), <br><br> v. <br> BOARD OF REGENTS OF OKLAHOMA COLLEGES ex rel. SOUTHWESTERN OKLAHOMA STATE UNIVERSITY, et al. <br><br> Defendant(s). | Case No.  CIV-12-1293-D |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Board of Regents of Oklahoma Colleges ex rel. Southwestern Oklahoma State University
c/o Regional University System of Oklahoma
3555 N.W. 58th St., Ste. 320
Oklahoma City, Oklahoma 73112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald E. Smolen, II, Smolen, Smolen & Roytman, 701 S. Cincinnati Avenue, Tulsa, Oklahoma 74119 (918-585-2667)


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
**2:24 pm, Nov 26, 2012**

ROBERT D. DENNIS, Clerk

By: _Nancy Rhea_
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| DEBBI HYATT, as the Parent and Next Friend of G.J.H., <br><br> Plaintiff(s), <br><br> v. <br> BOARD OF REGENTS OF OKLAHOMA COLLEGES ex rel. SOUTHWESTERN OKLAHOMA STATE UNIVERSITY, et al. <br><br> Defendant(s). | Case No. CIV-12-1293-D |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jana Waffle
405 N. 4th St.
Jet, Oklahoma 73749

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald E. Smolen, II, Smolen, Smolen & Roytman, 701 S. Cincinnati Avenue, Tulsa, Oklahoma 74119 (918-585-2667)


    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
**2:25 pm, Nov 26, 2012**

ROBERT D. DENNIS, Clerk

By: _____Nancy Rhea_____
                Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: