IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBBI HYATT, as the Parent and Next Friend of G.J.H., <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF REGENTS OF OKLAHOMA COLLEGES ex rel. SOUTHERWESTERN OKLAHOMA STATE UNIVERSITY; THE OFFICE OF JUVENILE AFFAIRS; ROBERT E. CHRISTIAN, in his Individual and Official Capacities; JANA WAFFLE, in her Individual and Official Capacities; JOHN DOES, in their Individual and Official Capacities; <br><br> Defendants. | Case No. 12-CV-1293-D <br><br><br><br><br><br><br><br><br><br><br><br> ATTORNEY LIEN CLAIMED <br> JURY TRIAL DEMANDED |

## **NOTICE OF SCRIVENER'S ERROR**

COMES NOW the Plaintiff, Debbi Hyatt, as the Parent and Next Friend of G.J.H., by and through her attorney of record, and gives notice to the Court of the following scrivener's error contained in the Complaint, Dkt. # 1, at note 1 on page 7:

> Pursuant to 51 O.S. § 156, Plaintiff notified Defendants of her negligence claim on and such claim was denied on May 1, 2012. This action is timely filed within one hundred and eighty (180) days of denial.

Such paragraph should read:

> Pursuant to 51 O.S. § 156, Plaintiff notified Defendants of her negligence claim and such claim was denied on May **31**, 2012. This action is timely filed within one-hundred and eighty (180) days of denial.

The remainder of Complaint is true and correct to the best of her knowledge and belief, the only error being that the incorrect date was inadvertently stated in note 1 on page 7.

Respectfully submitted,

**Smolen, Smolen & Roytman, PLLC**

/s/Donald E. Smolen, II,
Donald E. Smolen, II, OBA #19944
Laura M. Lauth, OBA #22619
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
(918) 585-2667 P
(918) 585-2669 F
*Attorneys for Plaintiff*
